RECEIVED
IN MONROE, LA
SEP 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BETTY BOLES | CIVIL ACTION NO. 07-0843 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ADMINISTRATOR OF THE CASE LONG TERM DISABILITY PLAN THROUGH LIBERTY MUTUAL ASSURANCE CO. OF BOSTON | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 27], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Administrator of the Health and Income Protection Benefits of JP Morgan Chase Bank, NA's Motion to Dismiss or in the Alternative, Rule 12(E) Motion for a More Definitive Statement [Doc. No. 18] is GRANTED IN PART, and Plaintiff Betty Boles' claim for health or life insurance benefits is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendant's motion to dismiss with respect to Plaintiff's remaining claims is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for a more definite statement under rule 12(e) of the Federal Rules of Civil Procedure is GRANTED, and PLAINTIFF is ORDERED to amend her complaint within fifteen calender days of the date of this Judgment.

MONROE, LOUISIANA, this 8 day of September, 2008.

*Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE